**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01521-CR

**BLAKE DANIEL STONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-1-0338**

# ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TEN DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE